# **EXHIBIT A**

## 𝓛𝓛𝓐𝓦 553-DE-eps-14 10/15

### RETAIL INSTALLMENT SALE CONTRACT
### SIMPLE FINANCE CHARGE ▮▮▮▮

Dealer Number _____ Contract Number ▮▮▮▮▮

82380

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| MALCOLM THOMAS HALL 317 BRYN LANE SMYRNA DE 19977 | RANDOLPH D HALL 317 BRYN LANE SMYRNA DE 19977 | WILLIS CHEVROLET, INC. 2707 S DUPONT HWY SMYRNA DE 19977 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2014 | CHEVROLET Cruze | 1G1PC5SB4E7331222 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 1500.00 is |
|---|---|---|---|---|
| 5.29 % | $ 2721.50 | $ 15193.00 | $ 17914.50 | $ 19414.50 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | 238.86 | Monthly beginning 11/01/2016 |
| N/A | N/A | N/A |
| Or As Follows: | N/A | |

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __15__ or __5__ % of the part of the payment that is late, whichever is __less__ .
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### APPLICABLE LAW
Federal law and the law of the state of our address shown above apply to this contract.

### NO COOLING OFF PERIOD
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**WARRANTIES SELLER DISCLAIMS**
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
**This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.**

**Returned Payment Charge:**
You agree to pay a charge of $40 if any check you give us is dishonored or electronic payment you make is returned unpaid.

**SERVICING AND COLLECTION CONTACTS** You agree that we may try to contact you in writing, by e-mail, or using prerecorded/ artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.



Buyer Initials _____  Co-Buyer Initials _____

# CERTIFICATE OF TITLE

## State of Delaware

STOCK NO. 0547908

DIVISION OF MOTOR VEHICLES

DEPARTMENT OF TRANSPORTATION

| TITLE, TAG AND REGISTRATION NO. | SPECIAL TAG, IF ANY | ODOMETER MILEAGE | | |
|---|---|---|---|---|
| 519419 | | 14,769 | ACTUAL VEHICLE MILEAGE | |

| MANUFACTURER AND YEAR | MODEL | BODY STYLE | YEARLY FEE |
|---|---|---|---|
| CHEV 2014 | CRZ | 4D | 40.00 |

| TITLE DATE | EXPIRATION DATE | VEHICLE IDENTIFICATION NO. |
|---|---|---|
| 09/29/2016 | 07/01/2019 | 1G1PC5SB4E7331222 |

T516001324594
DOCID

| REG WEIGHT | MGVWR | USE | COLOR |
|---|---|---|---|
| | 4,141 | TRANSFER | BLK |

ISSUED TO

2016092918610140VMW 0071400RT 00519419

HALL MALCOLM THOMAS &OR
HALL RANDOLPH D
317 BRYN LN
SMYRNA          DE 19977

LIENHOLDER(S)

1. FIRST NIAGRA BANK NA
   PO BOX 21990
   LEHIGH VALLEY   PA 19977

1ST LIEN
DATE OF RELEASE_____

_____
LIENHOLDER

_____
AUTHORIZED REPRESENTATIVE

2ND LIEN (IF ANY)
DATE OF RELEASE_____

_____
LIENHOLDER

_____
AUTHORIZED REPRESENTATIVE

3RD LIEN (IF ANY)
DATE OF RELEASE_____

_____
LIENHOLDER

_____
AUTHORIZED REPRESENTATIVE

I, the undersigned, hereby certify that an application for certificate of title has been made for the vehicle described hereon, pursuant to the provisions of the Motor Vehicle Laws of this State, and the applicant named on the face hereon has been duly recorded as the lawful owner of said vehicle. I further certify that the vehicle is subject to the security interests shown hereon, if any. However, the vehicle may be subject to other security interests not filed with this Department. The Department will not be responsible for false or fraudulent odometer statements made in the assignment of the Certificate of Title or for errors made in the recording by the Department.

STOCK NO. 0547908

PMVAVMW

DIRECTOR, MOTOR VEHICLE DIVISION

**STORE IN A SAFE PLACE**
**ANY ALTERATIONS, ERASURES, OR**
**MUTILATIONS VOID THIS TITLE**

VOID IF ALTERED

DO NOT DETACH UNTIL SOLD ○ SEE REVERSE SIDE

# SELLERS REPORT OF SALE

STATE OF DELAWARE
DIVISION OF MOTOR VEHICLES

| TAG NO. | MANUFACTURER & YEAR | VEHICLE IDENTIFICATION NO. | SELLING PRICE | DATE |
|---|---|---|---|---|
| 519419 | CHEV 2014 | 1G1PC5SB4E7331222 | | |

| NAME OF SELLER (CURRENT REGISTERED OWNER) | NAME OF BUYER |
|---|---|
| HALL MALCOLM THOMAS | |

| COMPLETE ADDRESS OF SELLER | COMPLETE ADDRESS OF BUYER |
|---|---|
| | |

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| | | | | | |

| SELLER'S SIGNATURE | ODOMETER READING-MILES (NO TENTHS) | BUYER'S DRIVERS LICENSE NO. | STATE |
|---|---|---|---|
| X | | | |

WARNING—WHEN YOU SELL/RELEASE INTEREST IN THIS VEHICLE, YOU MUST MAIL THIS DETACHMENT ALONG WITH THE REGISTRATION CARD IMMEDIATELY TO DMV REGISTRATION SECTION, PO BOX 698, DOVER, DE 19903 TO ENSURE YOUR RESPONSIBILITY FOR THE VEHICLE IS RELEASED.